IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00855-MSK-MEH

MARKEL INSURANCE COMPANY, an Illinois corporation,

       Plaintiff,

v.

ROBERT LANCE HOWARD, and
DUSTIN SWAIM,

       Defendants.

## ORDER SETTING Fed.R.Civ.P. 16 HEARING

THIS MATTER comes before the Court upon a Complaint for Declaratory Judgment filed by the Plaintiff.  In light thereof, a hearing pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 is necessary.

**IT IS ORDERED**:

(1)    A hearing is set for **August 9, 2006** at **8:30 a.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado.  Counsel who will try the case shall attend the hearing.

(2)    No later than **July 5, 2006**, the parties shall meet and confer regarding the contents of the proposed scheduling order pursuant to Fed. R. Civ. P. 26(f).

(3)    On or before **July 26, 2006**, and in conformance with Fed. R. Civ. P. 26(f), D.C.COLO.LCivR 16.1, 16.2 and 26.1, and this Order, the parties shall prepare and submit a proposed scheduling order.  The proposed scheduling order shall be in the form specified by D.C.COLO.LCivR Appendix F **except** that:

    (a)    It shall not contain a signature line for a judicial officer.
    (b)    It shall address the following:
- The identity and pertinent provisions of the applicable insurance policies.
- The particular dispute regarding such provisions.
- The stipulated facts which bear upon the Court's interpretation of

       the policies.
- Whether discovery is needed and if so, what discovery is related to the issue of interpretation of the policies.
- Whether discovery is needed as to another issue.

(c)  It shall not address the matters set forth in Section 7 (Case Plan and Schedule), Section 9 (Other Scheduling Issues) or Section 10 (Dates for Further Conferences) of Appendix F.

(4)  At the scheduling conference, the parties shall be prepared to address the issues covered by the proposed scheduling order and any other issues enumerated in Fed. R. Civ. P. 16(c).

(5)  No later than **June 2, 2006**, the Plaintiff shall serve a copy of this Order on the Defendants and file a certificate of service with the Court no later than **June 9, 2006.**

Dated this 19th day of May, 2006

              **BY THE COURT:**

              *Marcia S. Krieger*
              _____

              Marcia S. Krieger
              United States District Judge