IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00855-MSK-MEH

MARKEL INSURANCE COMPANY, an Illinois corporation,

      Plaintiff,

v.

ROBERT LANCE HOWARD, and
DUSTIN SWAIM,

      Defendants.

## ORDER OF DISMISSAL

Pursuant to the Stipulated Motion for Dismissal, With Prejudice **(Doc. #14)**, filed on July 25, 2006, it is

**ORDERED** that this action is dismissed with prejudice, each party to bear its own costs, expenses and attorney fees.

Dated this 2nd day of August, 2006

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge